[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-16067

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 13, 2005
THOMAS K. KAHN
CLERK

D.C. Docket No. 04-00041-CR-5-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEMETRIUS LAMAR LOVE,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

**(June 13, 2005)**

Before CARNES, MARCUS and COX, Circuit Judges.

PER CURIAM:

Christopher N. Patterson, appointed counsel for Demetrius Lamar Love, in this direct criminal appeal, has moved to withdraw and has filed a brief pursuant to

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct.  Because independent examination of the record

reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and

Love's conviction and sentence are **AFFIRMED.**